**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SHIRLEY BARNETT** | **CASE NO. 3:24-CV-00863** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART INC., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the Motion to Remand [Doc. No. 10] filed by Plaintiff Shirley Barnett is hereby **DENIED.**

MONROE, LOUISIANA, this 10th day of December 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE